UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNOVASYSTEMS INTERNATIONAL, a California limited liability company,<br><br>          Plaintiff,<br><br>     vs.<br><br>ERIK OLSON, individually,<br><br>          Defendant. | Case No.  09 CV 2331 IEG WVG<br><br>Complaint Filed:  October 20, 2009<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME**<br><br>[Doc. No. 9] |

**THE COURT**, having considered the Parties' Joint Motion to Extend Time for Defendant, ERIK OLSON to respond to Plaintiff's Complaint until December 23, 2009;

**HEREBY GRANTS** said application.  Accordingly, **IT IS HEREBY ORDERED** that:

1. Defendant's response to Plaintiff's Complaint shall be filed and served on or before **December 23, 2009**.

**IT IS SO ORDERED.**

Dated: December 16, 2009

*[signature]*
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**